UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>              Plaintiff,<br><br>   v.<br><br>JOSE A PEREZ-RAMOS, et al.<br><br>              Defendants. | C18-996 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion for Remand, docket no. 6, is DEFERRED. Defendants are DIRECTED, within fourteen (14) days of this Minute Order, to file a disclosure under penalty of perjury identifying (i) the citizenship of Defendants Jose A. Perez-Ramos, Alejandro Romero-Zarate, and Gabriela Torres-Martinez; (ii) all members or owners of Defendant Midland Funding LLC ("Midland"); (iii) any owner, member, or beneficiary of any member (or any member of a member, or any member of a member of a member, and so forth) of Midland that is itself an LLC, a trust, a partnership, an association, or some other non-corporate entity; and (iv) the citizenship of each disclosed owner, member, and beneficiary. *See* 28 U.S.C. §1441(b)(2); *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that LLCs, like partnerships, are citizens of every state in which their owners or members are citizens); *see also GBForefront, L.P. v. Forefront Mgmt. Group, LLC*, 888 F.3d 29, 37-41 (3d Cir. 2018) (distinguishing between a traditional trust, the citizenship of which is based on the citizenship of each trustee, and a business trust, the citizenship of which is based on the citizenship of each constituent owner, member, or beneficiary (citing *Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012 (2016))).

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of August, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2